

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00113-CV
_____

THE PREMIER COMPANIES, INC., PREMIER RENTAL-PURCHASE, INC., TRM VENTURE GROUP, AND RAJ, INC., Appellants

V.

FOUR A'S MESQUITE, LLC., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-303532-18

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Consequently, appellee's "Motion to Dismiss for Lack of Jurisdiction," filed on June 10, 2019, is denied as moot.

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 3, 2019